IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BALES TAYLOR, Surviving Spouse and Personal Representative of the Estate of Thomas Lloyd Bales;<br><br>Plaintiff,<br><br>vs.<br><br>TRADESMEN INTERNATIONAL, LLC, and WANZEK CONSTRUCTION, INC.,<br><br>Defendants. | 8:17CV213<br><br>**ORDER** |

IT IS ORDERED:

1) The parties shall review the undersigned magistrate judge's practices posted at Civil Case Management Practices.

2) Counsel for the parties shall confer and, on or before August 4, 2017, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before July 26, 2017 a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 5th day of July, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge