IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BALES TAYLOR, Surviving Spouse and Personal Representative of the Estate of Thomas Lloyd Bales; | **8:17CV213** |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| TRADESMEN INTERNATIONAL, LLC, and WANZEK CONSTRUCTION, INC., | |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1)      The fact witness deposition deadline is extended to February 7, 2018.

2)      Except as to expert testimony which may be deemed irrelevant if Plaintiff's pending motion is limine (Filing No. 40) is granted, the expert witness deposition deadline is **March 7, 2018**.

3)      If Plaintiff's motion in limine, (Filing No. 40) is denied in whole or in part, depositions as to any expert testimony related to issues raised in that motion shall be completed on or before April 2, 2018.

4)       Within ten (10) days after the ruling on Plaintiff's motion in limine, (Filing No. 40), the parties shall contact the undersigned magistrate judge's chambers and schedule a hearing to discuss further case progression and the parties' interest in alternative dispute resolution.

January 17, 2018.                    BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge