IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BALES TAYLOR, Surviving Spouse and Personal Representative of the Estate of Thomas Lloyd Bales;<br><br>Plaintiff,<br><br>vs.<br><br>TRADESMEN INTERNATIONAL, LLC, and WANZEK CONSTRUCTION, INC.,<br><br>Defendants. | 8:17CV213<br><br>**ORDER** |

For the reasons discussed on the record, (Filing No. 64),

IT IS ORDERED:

1) The pending motion for leave to take deposition, (Filing No. 58), is granted. Plaintiff may depose Defendant's expert, Mr. James Gray, provided: a) the deposition is taken before April 15, 2018, and b) in advance of the deposition, Plaintiff pays the reasonable fee for Mr. Gray's time in preparing for the deposition and being deposed.

2) Plaintiff's objection that Joseph E.W. Abler, Antelope County Attorney, was not adequately and timely disclosed as a witness as required under Rule 26 (a)(1)(A)(i), is denied. Mr. Abler's deposition may go forward as scheduled.

3) The parties shall diligently work toward the goal of completing the depositions of the two toxicologists, the coroner, and Mr. Adler before April 2, 2018.

4) If any circumstances arise which place the foregoing schedule at risk, and the parties cannot reach an agreement without court invention, they shall immediately contact my chambers for assistance.

5) The parties are reminded that absent a written stipulation signed by counsel for both parties, the court will not enforce agreements to extend deposition deadlines. NECivR 29.1.

March 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge