IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BALES TAYLOR, Surviving Spouse and Personal Representative of the Estate of Thomas Lloyd Bales;<br><br>Plaintiff,<br><br>vs.<br><br>TRADESMEN INTERNATIONAL, LLC, and WANZEK CONSTRUCTION, INC.,<br><br>Defendants. | 8:17CV213<br><br>ORDER |

The court has been advised that the parties in the above-captioned matter have settled their triable claims. However, the parties further advise that issues as to liens—specifically surrounding worker's compensation benefits—remain unresolved under the parties' current settlement terms.

Accordingly, IT IS ORDERED that:

(1) A telephonic conference is set for May 17, 2018 at 11:00 a.m. with the undersigned magistrate judge. Prior to the conference, the parties shall confer and be prepared to discuss any necessary additional steps for full and final resolution and the anticipated time frame for completing those steps.

(2) The clerk shall terminate the pretrial and trial settings.

Dated this 30th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge